**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**LAWRENCE K. BAERMAN**
**Clerk**

ALEXANDER PIRNIE FEDERAL BUILDING
10 BROAD STREET
UTICA , NEW YORK 13501
(315) 793-8151

**JOHN M. DOMURAD**
**Chief Deputy**

June 10, 2005

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts
**Attention: Christine Patch**
1 Courthouse Way
Boston, MA 02210

RE:    MDL DOCKET No. 1456 In Re: Pharmaceutical Industry Average Wholesale
Price Litigation
USDC - Massachusetts Lead Case No. 1:01CV12257-PBS
NDNY Case Numbers 6:05-cv-415, County of Herkimer v. Abbott Labs,
Inc. et al. (District of MA No: 1:05-11190) and
6:05-cv-489, County of Oneida v. Abbott Labs,
Inc. et al. (District of MA No: 1:05-11191)

Dear Ms. Patch:

Enclosed please find a copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the above cases to your court, together with a certified copy of the case docket and cover letter, as you requested. As it is understood that your court is live on CM / ECF, please be advised that the file is available in electronic format on this court's internal website (available through J-Net), by clicking on the link CM-ECF Quick Query on our homepage. If you would prefer receiving hard copies of documents in these files, or if I can assist you in any other way, please contact me at the above number.

Very truly yours,

LAWRENCE K. BAERMAN, CLERK

Christine Mergenthaler

By:    Christine Mergenthaler
Deputy Clerk

cm
cc:    Counsel of record
file



**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

# RECEIVED-UTICA

**JUN 1 0 2005**          June 8, 2005

Mr. Larry Baerman, Clerk
Alexander Pirnie Federal Building
10 Broad Street
Utica NY, 13501

**U.S. DISTRICT COURT
LAWRENCE K. BAERMAN CLERK**

IN RE: MDL DOCKET No. 1456  In Re: Pharmaceutical Industry Average
Wholesale Price Litigation
USDC - Massachusetts Lead Case No. 1:01CV12257-PBS
Your Case: Civil Action Nos:

| | |
|---|---|
| 6:05-415 County of Herkimer v. Abbott Labs, Inc. et al | District of MA No: 1:05-11190 |
| 6:05-489 County of Oneida v. Abbott Labs, Inc. et al | District of MA No: 1:05-11191 |

Dear Mr. Baerman :

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:      Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch

I hereby certify on that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☒ original filed in my office on 1-05

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

MAY 1 2 2005

FILED
CLERK'S OFFICE

*DOCKET NO. 1456*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE
LITIGATION*

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED

*(SEE ATTACHED SCHEDULE)*

JUN 1 0 2005

*CONDITIONAL TRANSFER ORDER (CTO-21)*

AT _____ O'CLOCK ____ M
LAWRENCE K. BAERMAN, Clerk
UTICA

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 35 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 3 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE
## LITIGATION

DIST. DIV. C.A. #                CASE CAPTION

NEW YORK NORTHERN

| | | |
|---|---|---|
| NYN 1 | 05-408 | The County of Washington v. Abbott Laboratories, Inc., et al. |
| NYN 1 | 05-422 | County of Rensselaer v. Abbott Laboratories, Inc., et al. |
| NYN 1 | 05-425 | County of Albany v. Abbott Laboratories, Inc., et al. |
| NYN 1 | 05-468 | County of Warren v. Abbott Laboratories, Inc., et al. |
| NYN 1 | 05-474 | County of Greene v. Abbott Laboratories, Inc., et al. |
| NYN 1 | 05-478 | County of Saratoga v. Abbott Laboratories, Inc., et al. |
| NYN 3 | 05-354 | County of Chenango v. Abbott Laboratories, Inc., et al. |
| NYN 3 | 05-456 | The County of Broome v. Abbott Laboratories, Inc., et al. |
| NYN 5 | 05-397 | County of Tompkins v. Abbott Laboratories, Inc., et al. |
| NYN 5 | 05-423 | County of Cayuga v. Abbott Laboratories, Inc., et al. |
| NYN 6 | 05-415 | County of Herkimer, New York v. Abbott Laboratories, Inc., et al. |
| NYN 6 | 05-489 | County of Oneida v. Abbott Laboratories, Inc., et al. |
| NYN 7 | 05-479 | County of Saint Lawrence v. Abbott Laboratories, Inc., et al. |

NEW YORK WESTERN

| | | |
|---|---|---|
| NYW 1 | 05-214 | County of Chautauqua v. Abbott of Laboratories, Inc., et al. |
| NYW 1 | 05-236 | County of Allegany v. Abbott Laboratories, Inc., et al. |
| NYW 1 | 05-256 | County of Cattaraugus v. Abbott Laboratories, Inc., et al. |
| ~~NYW 1~~ | ~~05-259~~ | ~~County of Erie v. Abbott Laboratories, Inc., et al.~~ Opposed 5/24/05 |
| NYW 6 | 05-6138 | County of Wayne v. Abbott Laboratories, et al. |
| NYW 6 | 05-6148 | County of Monroe v. Abbott Laboratories, Inc., et al. |
| NYW 6 | 05-6172 | County of Yates v. Abbott Laboratories, Inc., et al. |



**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

# RECEIVED-UTICA

**JUN 1 0 2005**          June 8, 2005

Mr. Larry Baerman, Clerk
Alexander Pirnie Federal Building         **U.S. DISTRICT COURT**
10 Broad Street                          **LAWRENCE K. BAERMAN CLERK**
Utica NY, 13501

IN RE: MDL DOCKET No. 1456  In Re: Pharmaceutical Industry Average
Wholesale Price Litigation
USDC - Massachusetts Lead Case No. 1:01CV12257-PBS
Your Case: Civil Action Nos:
6:05-415 County of Herkimer v. Abbott Labs, Inc. et al         District of MA No: 1:05-11190
6:05-489 County of Oneida v. Abbott Labs, Inc. et al         District of MA No: 1:05-11191

Dear Mr. Baerman :

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:         Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch

CLOSED

# U.S. District Court
# Northern District of New York [LIVE - Version 2.4] (Utica)
# CIVIL DOCKET FOR CASE #: 6:05-cv-00415-DNH-GJD

County of Herkimer, New York v. Abbott
Laboratories, Inc. et al
Assigned to: Judge David N. Hurd
Referred to: Magistrate Judge Gustave J. DiBianco
Cause: 42:1396 - Tort Negligence

Date Filed: 04/05/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other
Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**County of Herkimer, New York**     represented by     **Aaron D. Hovan**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540

Email: iramirez@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Agouron Pharmaceuticals, Inc.**

**Defendant**

**Alcon Laboratories, Inc.**

**Defendant**

**Allergan, Inc.**

**Defendant**

**Alpharma, Inc.**

**Defendant**

**Amgen, Inc.**

**Defendant**

**Andrx Corp.**

**Defendant**

**Astrazeneca Pharmaceuticals
L.P.**

**Defendant**

**Aventis Pharmaceuticals Inc.**

**Defendant**

**Barr Laboratories, Inc.**

**Defendant**

**Baxter Healthcare Corporation**

**Defendant**

**Baxter International, Inc.**

**Defendant**

**Bayer Corporation**

**Defendant**

**Ben Venue Laboratories, Inc.**

**Defendant**

**Biovail Pharmaceuticals, Inc.**

**Defendant**

**Boehringer Ingelheim Corp.**

**Defendant**

**Boehringer Ingelheim Pharmaceuticals, Inc.**

**Defendant**

**Bristol-Meyers Squibb Company**

**Defendant**

**Dermik Laboratories, Inc.**

**Defendant**

**Dey, Inc.**

**Defendant**

**Eisai, Inc.**

**Defendant**

**Eli Lilly and Company**

**Defendant**

**Endo Pharmaceuticals, Inc.**

**<u>Defendant</u>**

**Ethex Corp.**

**<u>Defendant</u>**

**Forest Laboratories, Inc.**

**<u>Defendant</u>**

**Forest Pharmaceuticals, Inc.**

**<u>Defendant</u>**

**Fujisawa Healthcare, Inc.**

**<u>Defendant</u>**

**Fujisawa USA, Inc.**

**<u>Defendant</u>**

**Genentech, Inc.**

**<u>Defendant</u>**

**Genzyme Corp.**

**<u>Defendant</u>**

**Gilead Sciences, Inc.**

**<u>Defendant</u>**

**Glaxosmithkline, P.L.C.**

**<u>Defendant</u>**

**Greenstone, Ltd.**

**<u>Defendant</u>**

**Hoffman-La Roche, Inc.**

**<u>Defendant</u>**

**Immunex Corp.**

**<u>Defendant</u>**

**Ivax Corp.**

**<u>Defendant</u>**

**Ivax Pharmaceuticals, Inc.**

**<u>Defendant</u>**

**Janssen Pharmaceutica
Products, LP**

**<u>Defendant</u>**

**Johnson & Johnson**

**<u>Defendant</u>**

**King Pharmaceuticals, Inc.**

**<u>Defendant</u>**

**McNeil-PPC, Inc.**

**<u>Defendant</u>**

**Medimmune, Inc.**

**<u>Defendant</u>**

**Merck & Co., Inc.**

**<u>Defendant</u>**

**Monarch Pharmaceuticals, Inc.**

**<u>Defendant</u>**

**Mylan Laboratories, Inc.**

**<u>Defendant</u>**

**Mylan Pharmaceuticals, Inc.**

**<u>Defendant</u>**

**Novartis Pharmaceuticals
Corp.**

**Defendant**

**Novo Nordisk Pharmaceuticals, Inc.**

**Defendant**

**Oncology Therapeutics Network Corp.**

**Defendant**

**Organon Pharmaceuticals USA, Inc.**

**Defendant**

**Ortho Biotech Products LP**

**Defendant**

**Ortho-McNeil Pharmaceutical, Inc.**

**Defendant**

**Par Pharmaceutical, Inc.**

**Defendant**

**Pfizer, Inc.**

**Defendant**

**Pharmacia Corporation**

**Defendant**

**Purdue Pharma, L.P.**

**Defendant**

**Purepac Pharmaceutical Co.**

**Defendant**

**Reliant Pharmaceuticals**

**Defendant**

**Roche Laboratories, Inc.**

**Defendant**

**Roxane Laboratories, Inc.**

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Sanofi-Synthelabo, Inc.**

**Defendant**

**Schering Corporation**

**Defendant**

**Schering-Plough Corp.**

**Defendant**

**Serono, Inc.**

**Defendant**

**SmithKline Beecham
Corporation**
*doing business as*
Glaxosmithkline

**Defendant**

**Takeda Pharmaceuticals North
America, Inc.**

**Defendant**

**Tap Pharmaceutical Products,
Inc.**

**Defendant**

**Teva Pharmaceutical USA, Inc.**

**Defendant**

**UCB Pharma, Inc.**

**Defendant**

**UDL Laboratories, Inc.**

**Defendant**

**Warrick Pharmaceuticals Corp.**

**Defendant**

**Watson Pharma, Inc.**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Wyeth**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2005 | 1 | COMPLAINT, Part 1, against Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals Inc., Barr Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corporation, Ben Venue Laboratories, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, Inc., McNeil-PPC, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Abbott Laboratories, Inc., |

| | | |
|---|---|---|
| | | Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corporation, Purdue Pharma, L.P., Agouron Pharmaceuticals, Inc., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering Corporation, Schering-Plough Corp., Serono, Inc., SmithKline Beecham Corporation, Alcon Laboratories, Inc., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Allergan, Inc., Alpharma, Inc., Amgen, Inc. ( Filing fee $ 250 receipt number ALB000665) filed by County of Herkimer, New York. (Attachments: # 1 Complaint, Part 2# 2 Complaint, Part 3# 3 Exhibit A, Part 1# 4 Exhibit A, Part 2# 5 Exhibit A, Part 3# 6 Exhibit A, Part 4# 7 Exhibit A, Part 5# 8 Exhibit B# 9 Exhibit C# 10 Exhibit D# 11 Exhibit E)(wbl, ) (Entered: 04/06/2005) |
| 04/05/2005 | | Summons Issued as to Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals Inc., Barr Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corporation, Ben Venue Laboratories, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, Inc., |

|  |  | McNeil-PPC, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Abbott Laboratories, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corporation, Purdue Pharma, L.P., Agouron Pharmaceuticals, Inc., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering Corporation, Schering-Plough Corp., Serono, Inc., SmithKline Beecham Corporation, Alcon Laboratories, Inc., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Allergan, Inc., Alpharma, Inc., Amgen, Inc.. (wbl, ) (Entered: 04/06/2005) |
|---|---|---|
| 04/05/2005 | 2 | G.O. 25 FILING ORDER ISSUED Initial Conference set for 8/3/2005 03:00 PM in Syracuse before Magistrate Judge Gustave J. DiBianco. Civil Case Management Plan due by 7/25/2005. (wbl, ) (Entered: 04/06/2005) |
| 05/03/2005 | 3 | Letter from Aaron Hovan, outside counsel for County of Herkimer, New York requesting Adjournment of Deadlines. (Hovan, Aaron) (Entered: 05/03/2005) |
| 05/04/2005 | 4 | ORDER : granting 3 Letter Request filed by County of Herkimer, New York to adjourn the Rule 16 conference deadline and civil case management plan as this case is part of a MDL possible transfer. Deadline terminated. Status Report deadline set for 12/15/2005. Signed by Judge Gustave J. DiBianco on 5/4/05. (jmb) (Entered: 05/05/2005) |
| 05/19/2005 | 5 | CONDITIONAL TRANSFER ORDER : Conditionally transferring the 1 Complaint to the District of Massachusetts and is assigned to the Honorable Patti B. Saris in the interests of judicial economy. This Order is |

|  |  |  |  |
|---|---|---|---|
|  |  |  | stayed for 15 days pending any objections filed by the parties herein. (Signed by Michael J. Beck, the Clerk of the Panel on Multi-District Litigation) (jmb) (Entered: 05/20/2005) |
| 06/06/2005 |  | 8 | TRANSFER ORDER. Case Transferred to District of Massachusetts for MDL (re Pharmaceutical industry average wholesale price litigation). Signed by Clerk of the Panel Michael J. Beck. (ban) (Entered: 06/13/2005) |
| 06/10/2005 |  | 6 | Certified copy of ORDER of Judicial Panel on Multi-District Litigation, TRANSFERRING CASE to District of Massachusetts (District of MA case number is 1:05-11190). (cbm, ) (Entered: 06/10/2005) |
| 06/10/2005 |  | 7 | Copy of transmittal letter sent to District of Massachusetts. (cbm, ) (Entered: 06/10/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/14/2005 11:43:26 | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:05-cv-00415-DNH-GJD |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |